# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS MATTHEW RAY<br>*Defendant(s)* | )<br>)<br>) Case No.  4:20 MJ 1127 JMB<br>)<br>) SIGNED AND SUBMITTED TO THE COURT FOR<br>) FILING BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 10, 2020__ in the county of __ST. LOUIS COUNTY__ in the __EASTERN__ District of __MISSOURI__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b), as punished by 18 USC 2426; and | Enticement of a Minor / Repeat Offender - Prior Sex Offense Conviction |
| 18 USC 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

David Rapp, Special agent

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedures 4.1 and 41.

Date: 06/11/2020

*Judge's signature*

City and state: St. Louis, Missouri      Honorable John M. Bodenhausen, U.S. Magistrate Judge

*Printed name and title*